| AUSA: | Nicholas McIntyre | Telephone: | (313) 226-9100 |
| Special Agent: | Kenton Weston, ATF | Telephone: | (313) 202-3400 |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Michigan

United States of America
   v.

Anthony BARZART

Case: 2:26−mj−30356
Assigned To : Unassigned
Assign. Date : 6/12/2026
Description: CMP USA v Barzart (SH)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 31, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Kenton Weston, Special Agent, ATF
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __ June 12, 2026 __

City and state: __ Detroit, MI __

_____
*Judge's signature*

Honorable Anthony P. Patti, United States Magistrate Judge
_____
*Printed name and title*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kenton Weston, being first duly sworn, hereby state:

## INTRODUCTION

1.    I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have been assigned to the Detroit Field Division since January 2018. I graduated from the ATF Privately Made Firearm (PMF) and Machinegun Conversion Device (MCD) Train the Trainer Course, Federal Law Enforcement Training Center Criminal Investigator Training Program, and the ATF Special Agent Basic Training Program. I also have a bachelor's degree in accountancy from Western Michigan University.

2.    I am currently assigned to the Pontiac Gun Violence Task Force (GVTF), a task force established by the Oakland County Sheriff's Office (OCSO) and the ATF. Additionally, I am a member of the ATF-led Crime Gun Enforcement Team (CGET). The GVTF and the CGET are tasked with investigating the unlawful possession of firearms and violent firearm crimes committed within the city of Pontiac, Oakland County, and the Eastern District of Michigan. During my employment with the ATF, I have been involved as a case agent or co-case agent in

over a hundred investigations. Those investigations include but are not limited to: violence involving a firearm, firearm and drug trafficking violations, and criminal street gangs. These investigations have resulted in the seizure of illicit controlled substances, hundreds of firearms, and over two hundred and twenty-five arrests.

3.     I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement officers, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement officers, and information gained by my training and experience. This affidavit does not include all the information known to law enforcement related to this investigation.

4.     The ATF is currently conducting a criminal investigation concerning Anthony BARZART, (DOB: XX/XX/1987), for violations of 18 U.S.C. §§ 922(g)(1) (Felon in Possession of a Firearm).

## PROBABLE CAUSE

### PROHIBITED STATUS

5.     A search of the Law Enforcement Information Network (LEIN) revealed:

   a. September 1, 2005, in Michigan's 3rd Circuit Court, BARZART was convicted by plea of attempt felony stolen property.

b. September 26, 2005, in Michigan's 3rd Circuit Court, BARZART was convicted of larceny in a building.

c. February 20, 2007, in Michigan's 3rd Circuit Court, BARZART was convicted of felony stolen property – receiving and concealing a motor vehicle.

d. September 19, 2007, in Michigan's 6th Circuit Court, BARZART was convicted by plea of felony larceny from a motor vehicle.

e. On March 12, 2008, BARZART was convicted by plea of felony stolen property – receiving and concealing a motor vehicle.

f. October 15, 2012, in Michigan's 3rd Circuit Court, BARZART was convicted by plea of attempt- felony larceny motor vehicle.

g. September 4, 2013, in Michigan's 3rd Circuit Court, BARZART was convicted by plea of home invasion – 2nd degree and felony property receiving / concealing. He was sentenced to two to fifteen years of incarceration.

h. April 19, 2018, in Michigan's 3rd Circuit Court, BARZART was convicted by plea of home invasion- 2nd degree. He was sentenced to five to twenty years of incarceration.

6.     BARZART is currently on parole with the Michigan Department of Corrections and a convicted felon and thus prohibited from possessing, purchasing,

and manufacturing firearms and ammunition. BARZART has served more than one year of incarceration. Therefore, I believe BARZART knows that he has been convicted of a crime punishable by more than one year of incarceration.

BARZART ARREST

7.      On May 31, 2026, at approximately 10:50 p.m., Detroit police officers entered an Exxon Gas Station parking lot located in Detroit, MI and observed BARZART, wearing an orange hooded sweatshirt and black jeans, inside the gas station. The officers parked near the main entrance of the gas station, and saw BARZART walking towards the exit of the gas station. The officers saw BARZART look in their direction, and then change his direction, and walk to the coffee station, located near the front door. BARZART then quickly walked to the end of the aisle and entered the middle "chip" aisle. Based on the officer's training and experience, they believed BARZART'S actions were consistent with someone attempting to discard a weapon or contraband. The officers walked into the gas station, and the clerk pointed at BARZART and another person. An officer briefly detained BARZART, while another officer searched the area of the coffee station. The store clerk told the officer he was looking in the wrong area. The officer then went to check the chip aisle, where the officer found a black and silver Smith and Wesson SD9 pistol bearing serial #FEK5478 in area BARZART had moved to.  Minutes

later, BARZART was placed under arrest and was transported to the Detroit Detention Center.

8.    On June 2, 2026, ATF Special Agent Austin Dawn obtained and reviewed the May 31, 2026 surveillance footage maintained by the Exxon Gas Station.  During Special Agent Dawn's review, BARZART was observed holding the recovered black and silver Smith and Wesson pistol (image captured from the video and circled in red below).



<u>NEXUS</u>

9.     On June 2, 2026, I provided ATF Interstate Nexus expert Kara Klupacs a verbal description of the recovered firearm.   Based on Special Agent Klupacs' training and experience, the Smith and Wesson SD9 was manufactured outside the state of Michigan, thus traveled in and affected interstate or foreign commerce.

**CONCLUSION**

13. There is probable cause to believe that Anthony BARZART knowingly committed violations of 18 U.S.C. §§ 922(g)(1) (Felon in Possession of a Firearm) within the Eastern District of Michigan on May 31, 2026.

Respectfully submitted,

_____

Kenton Weston, Special Agent

Bureau of Alcohol, Tobacco,   Firearms and Explosives

Sworn to before me and signed in my

presence and/or by reliable electronic means

_____

Hon.  Anthony P. Patti

United States Magistrate Judge

June 12, 2026